

180 Park Avenue, Suite 202
Florham Park, NJ 07932
Main (973) 343-4960
Fax (973) 343-4970
www.finazzolaw.com

New York Office
5 Penn Plaza, 23rd Fl.
New York, NY 10001
Main (646) 378-2033
Fax (646) 378-2001

**Brendan M. Wengerter, Esq.**
brendan.wengerter@finazzolaw.com
Direct Dial: (973) 343-4979

March 10, 2026

**Via ECF**
Honorable Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 619
New York, New York 10007

# MEMO ENDORSED
at page 2

Re:    ***Massachusetts Bay Insurance Company v. Colony Insurance Company and Zurich American Insurance Company***
<u>**Civil Action No.: 1:23-cv-07303-ER**</u>

Dear Judge Ramos:

This firm represents Plaintiff Massachusetts Bay Insurance Company ("MBIC") in the above insurance coverage matter, which is related to the matter of *Kimberly Curtis, et al. v. Hilton Worldwide Holdings, Inc., et al.*, Civil Action No.: 1:18-cv-03068-ER ("Curtis Action"). On behalf of all the parties, please accept this joint letter to the Court requesting an adjournment of the Case Management Conference scheduled for March 12, 2026, so that the parties may continue exploring the potential for settlement.

As Your Honor may recall, MBIC delivered a settlement proposal to Defendants, Zurich American Insurance Company ("Zurich") and Colony Insurance Company ("Colony"). This will confirm that MBIC is currently awaiting a settlement counteroffer. The delay in receiving this counteroffer is attributed to, among other things, the complexity of the action and the amounts sought by MBIC for defense and indemnification. The undersigned has been advised that MBIC should expect a response by the end of this week or early next week. Once received, MBIC will need additional time to review and confer with its counsel. Thereafter, depending on whether the potential counteroffer is accepted, additional time will be necessary for additional negotiation.

Based on the above, the parties have conferred and have agreed that additional time is necessary for meaningful settlement discussions. Therefore, the parties respectfully request the Case Management Conference be adjourned. MBIC has made three requests for this conference to be adjourned while settlement negotiations proceed, all of which were previously granted (Dkt.

Hon. Edgardo Ramos, U.S.D.J.
March 10, 2026
Page **2** of **2**

96, Dkt. 98, Dkt. 100).  The parties greatly appreciated Your Honor's patience and understanding as the parties work towards reaching a settlement.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

/s/ *Brendan M. Wengerter*

BRENDAN M. WENGERTER

BMW
cc:    All Counsel of Record (via ECF)

---

The case management conference presently scheduled for March 12, 2026, is adjourned to 11:00 a.m. on April 15, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  March 11, 2026
New York, New York